ROGER E. TOPHAM
Attorney at Law
13809 Research Blvd Suite 500
Austin, TX 78750
rt@tophamlaw.com
(512) 987-7818

**February 9, 2024**

Clerk of Court

Western District of Texas, Waco Division

800 Franklin Ave., Room 380

Waco, Texas 76701

**RE:** **Request for issuance of summonses; Thompson et al. v. Cate et al., Case # 6:24-cv-67-ADA-DTG**

To whom it may concern:

Please issue summonses for Defendants Ryan Cate and the City of Trinidad, which are submitted electronically with this request. Thank you for your assistance!

Sincerely,

Roger Topham