IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRIAN THOMPSON and<br>SHEILA THOMPSON,<br><br>  *Plaintiffs*,<br><br>v.<br><br>RYAN CATE and the<br>CITY of TRINIDAD, TEXAS,<br><br>  *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 6:24-cv-67 |

## ORDER

CAME ON this day for consideration the Motion to Dismiss and alternative Motion to Transfer Venue filed by Defendant City of Trinidad, Texas. The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be granted. It is therefore ORDERED that City of Trinidad's Motion to Dismiss is hereby in all things GRANTED. All relief not expressly granted herein is hereby denied.

SO ORDERED on this the _____ day of _____, 20_____.

_____
HON. ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE