IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and <br> SHEILA THOMPSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> RYAN CATE and the <br> CITY of TRINIDAD, TEXAS, <br><br> *Defendants*. | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 6:24-cv-67 |

## ORDER DENYING THE CITY OF TRINIDAD'S MOTION TO DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER

Before the Court is the City of Trinidad's Motion to Dismiss for Improper Venue and Alternative Motion to Transfer. Having considered the Motion, the Court finds that it should be DENIED in full.

SO ORDERED.

DATED_____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE