IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BRIAN THOMPSON and SHEILA THOMPSON,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **Civil Action No. 6:24-cv-67** |
| **RYAN CATE and the CITY of TRINIDAD, TEXAS,** | § § § § | |
| *Defendants*. | § § | |

## ORDER

CAME ON this day for consideration Defendant's Unopposed Motion for Extension of Time to file its Reply to Plaintiff's Response to its Motion to Dismiss for Improper Venue Pursuant to Rule 12(b)(3) and Alternative Motion to Transfer Venue. The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be granted. It is therefore ORDERED that Defendant may file its Reply to Plaintiff's Response on or before 11:59 p.m. on March 22, 2024.