IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and<br>SHEILA THOMPSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CATE and the<br>CITY of TRINIDAD, TEXAS,<br><br>*Defendants*. | § § § § § § § § § § § § § CIVIL ACTION NO. 6:24-cv-67 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File a Notice of Supplemental Authority. Having considered the Motion, the Court finds that it should be GRANTED.

SO ORDERED.

DATED_____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE