**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **BRIAN THOMPSON AND** | § | |
| **SHELIA THOMPSON,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:24-CV-67** |
| | § | **JURY DEMANDED** |
| | § | |
| **RYAN CATE AND THE** | § | |
| **CITY OF TRINIDAD, TEXAS** | § | |
| **Defendants** | § | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Notice is hereby given that the undersigned attorney, Lance Vincent enters his appearance as lead counsel in the above-referenced proceedings on behalf of Defendant Ryan Cate. Defendant respectfully requests that the Court take note of this Notice of Appearance and make Lance Vincent lead counsel of record for Ryan Cate in this lawsuit. Copies of all communications and other documents should be electronically served, emailed or faxed to Lance Vincent at the location set forth below.

Dated: May 10, 2024

Respectfully submitted,

RITCHESON, LAUFFER & VINCENT
A Professional Corporation

Two American Center
821 ESE Loop 323, Ste. 530
Tyler, Texas 75701
(903) 535-2900
(903) 533-8646 (FAX)

By: /s/ Lance Vincent
LANCE VINCENT
State Bar No. 20585580

Email: lancev@rllawfirm.net; gayf@rllawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon all counsel of record, via

electronic delivery, on this the 10th day of May, 2024.


/s/ Lance Vincent

_____

Lance Vincent