IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRIAN THOMPSON and<br>SHEILA THOMPSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CATE and the<br>CITY of TRINIDAD, TEXAS,<br><br>*Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:24-cv-67 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER FOR A RULE 26(F) CONFERENCE

Before the Court is Plaintiffs' Motion for an Order for a Rule 26(f) Conference. Having considered the Motion, the Court finds that it should be GRANTED. The Parties will hold a Rule 26(f) conference within 14 days of the issuance of this Order. The Parties must also file with the Court a joint report of that conference, as well as a proposed scheduling order, within 21 days of the issuance of this Order.

SO ORDERED.

DATED_____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE