IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and <br> SHEILA THOMPSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> RYAN CATE and the <br> CITY of TRINIDAD, TEXAS, <br><br> *Defendants*. | § § § § § § § § § § § § §   Civil Action No. 6:24-cv-67 |

## THE PARTIES' JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW the Parties in the above-styled and -referenced litigation and file this their Joint Motion to Stay this litigation pending Mediation, and would respectfully show unto the Court as follows:

1. As of August 12, 2024, all matters in controversy between the Parties have been settled.

2. Based upon the settlement of all matters in controversy, the Parties respectfully request that the court stay all current deadlines for a period of thirty (30) days so that appropriate dismissal papers may be submitted.

Respectfully submitted,

*/s/ David Iglesias*
**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8

        Tyler, Texas 75701
        Telephone: (903) 944-7185
        Facsimile: (903) 630-5338

        *Dallas Office:*
        1412 Main Street, Suite 608
        Dallas, Texas 75202

        **COUNSEL FOR DEFENDANTS,
        CITY OF TRINIDAD, TEXAS**


        */s/ Lance Vincent*
        **Lance Vincent**
        State Bar No. 20585580
        lancev@rllawfirm.net
        gayf@rllawfirm.net

        **RITCHESON, LAUFFER & VINCENT**
        A Professional Corporation

        Two American Center
        821 ESE Loop 323, Ste. 530
        Tyler, Texas 75701
        (903) 535-2900
        (903) 533-8646 (FAX)

        **COUNSEL FOR DEFENDANT,
        RYAN CATE**


        */s/ Roger Topham*
        **Roger Topham**
        State Bar #24100557
        rt@tophamlaw.com

        **ROGER E. TOPHAM**
        13809 Research Blvd.
        Suite 500
        Austin, Texas 78750
        (512) 987-7818

        **COUNSEL FOR PLAINTIFFS,
        BRYAN THOMPSON AND
        SHEILA THOMPSON**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system.

*David Iglesias*
David Iglesias

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 13, 2024, the undersigned attorney conferred with all counsel in this action regarding the present Motion.

*David Iglesias*
David Iglesias