IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BRIAN THOMPSON and** <br> **SHEILA THOMPSON,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **RYAN CATE and the** <br> **CITY of TRINIDAD, TEXAS,** <br><br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 6:24-cv-67 |

## **ORDER**

CAME ON this day for consideration the Parties' Joint Motion to Stay all deadlines and Notice of Settlement (the "Motion"). Having considered the same, the Court, is of the opinion that such Motion is well-taken and should be **GRANTED.**

It is therefore **ORDERED** that all deadlines in the above-styled case are hereby **STAYED** for thirty (30) days from the issuance of this Order.

So ORDERED and SIGNED this _____ day of _____, 2024.