IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and §<br>SHEILA THOMPSON, §<br>§<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>RYAN CATE and the §<br>CITY of TRINIDAD, TEXAS, §<br>§<br>*Defendants*. § | <br><br><br><br><br><br>CIVIL ACTION NO. 6:24-cv-67<br><br><br>**Jury Trial Demanded** |

## JOINT REPORT REGARDING SETTLEMENT AND MOTION FOR THIRTY-DAY STAY

Pursuant to the Court's Order of August 15, 2024, the Plaintiffs and Defendant City of Trinidad file this Joint Report Regarding Settlement and Motion for Thirty-Day Stay, and would respectfully show the Court the following:

The Parties agreed to terms of settlement in this case, which included a period of 21 days from receipt of the agreement signed by Plaintiffs for Defendants to provide payment. The signed agreement was provided on September 4, making September 25 the deadline to submit payment. Settlement funding was received by the City's counsel today, and such funding is being sent to Plaintiff's counsel by United States Postal Service today as well. In any event, the Parties anticipate the check being sent by the agreed-upon date, September 25. As such, Plaintiffs and Defendant City of Trinidad agree that an amended scheduling order is unnecessary at this time, and respectfully ask the Court for an additional 30-day stay of all deadlines while settlement is completed.

Counsel for Defendant Ryan Cate has been in trial since last week and counsel for Plaintiffs was unable to contact him today regarding this Report and Motion.

1

Respectfully submitted,

| | |
|---|---|
| /s/ *Roger Topham* | **06/24/2024** |
| Counsel for Plaintiff(s) | Date |

Roger Topham
State Bar #24100557
13809 Research Blvd. Suite 500
Austin, Texas 78750
(512) 987-7818
rt@tophamlaw.com

| | |
|---|---|
| **David Iglesias** | **06/24/2024** |
| | Date |

State Bar No. 24051733
david@iglesiaslawfirm.com
Lead Counsel
**Iglesias Law Firm, PLLC**

605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**Counsel for Defendant
City of Trinidad, Texas**

2

## CERTIFICATE OF SERVICE

I certify that this document was served on counsel for all parties through the Court's ECF system, in accordance with the Federal Rules of Civil Procedure, on September 16, 2024.

                                   /s/ *Roger Topham*
                                   Roger Topham

## CERTIFICATE OF CONFERENCE

I certify counsel for Plaintiffs and the City of Trinidad conferred regarding this Report and Motion, and agreed. Counsel for Defendant Ryan Cate has been in trial since last week, and counsel for Plaintiffs was unable to contact him today regarding this Report and Motion.

                                   /s/ *Roger Topham*
                                   Roger Topham