IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and SHEILA THOMPSON, § § § *Plaintiffs*, § § v. § § RYAN CATE and the § CITY of TRINIDAD, TEXAS, § § § § *Defendants*. § | CIVIL ACTION NO. 6:24-cv-67 |

## ORDER GRANTING JOINT MOTION FOR THIRTY-DAY STAY

Before the Court is Plaintiffs' and Defendant City of Trinidad's Joint Motion for a Thirty-Day Stay of all deadlines pending completion of the settlement in this case. Having considered the Motion, the Court finds that it should be GRANTED. All deadlines are hereby stayed until October 16, 2024. Plaintiffs will file dismissal papers by October 16, 2024, or the Parties will file a joint report by the same date regarding the status of settlement.

SO ORDERED.

DATED_____, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE