IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and<br>SHEILA THOMPSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CATE and the<br>CITY of TRINIDAD, TEXAS,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 6:24-cv-67<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFFS' MOTION TO DISMISS

Pursuant to Rule 41, Plaintiffs Brian and Sheila Thompson file this Motion to Dismiss, and would respectfully show the Court as follows:

The Parties have settled this case, and Plaintiffs have received the agreed-upon payments. Therefore, Plaintiffs no longer wish to pursue these claims and respectfully ask the Court to dismiss all claims against all Defendants with prejudice, with each Party bearing their own costs.

Respectfully submitted,

/s/ *Roger Topham*
Roger Topham
State Bar #24100557
13809 Research Blvd. Suite 500
Austin, Texas 78750
(512) 987-7818
rt@tophamlaw.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, a copy of the foregoing was served upon all counsel of record via the court's electronic filing system.

/s/ *Roger Topham*
Roger Topham

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants regarding the relief requested in this Motion, and they are not opposed.

/s/ *Roger Topham*
Roger Topham