IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIAN THOMPSON and<br>SHEILA THOMPSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CATE and the<br>CITY of TRINIDAD, TEXAS,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 6:24-cv-67<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Before the Court is Plaintiffs' Motion to Dismiss, pursuant to an agreed settlement of all claims. Having considered the Motion, the Court finds that it should be GRANTED. All claims against all Defendants are hereby dismissed with prejudice, with each Party to bear their own costs.

SO ORDERED.

DATED_____, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE