UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS WACO DIVISION

| | |
|---|---|
| **Brian Thompson and Sheila Thompson,**<br><br>Plaintiff,<br><br>v.<br><br>**Ryan Cate and the City of Trinidad, Texas,**<br><br>Defendants. | 6:24-cv-00067-ADA-DTG |

### ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Before the Court is Plaintiffs' Motion to Dismiss, pursuant to an agreed settlement of all claims. Having considered the Joint Motion, the Court **ORDERS** the motion be **GRANTED**. All claims against all Defendants are hereby dismissed with prejudice, with each Party to bear their own costs.

SO ORDERED October 23, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE